JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

Case No. 8:25-cv-00854-KES                                                                                  Date: June 25, 2025

Title: MARISOL QUINTANA v. NISSAN NORTH AMERICA, INC.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     Order GRANTING Motion to Remand (Dkt. 16)

On December 11, 2024, Plaintiff Marisol Quintana ("Plaintiff") filed a civil complaint against Defendant Nissan North America, Inc. ("Nissan") in Orange County Superior Court. (Dkt. 1-1.) On April 21, 2025, Nissan removed the case to federal court. (Dkt. 1.) On May 21, 2025, Plaintiff moved to remand the case, arguing that Nissan's removal was untimely. (Dkt. 16.) Plaintiff noticed a hearing on the motion for June 24, 2025. (Id.) By June 3, 2025, Nissan was required to either file an opposition or "a written statement that [Nissan] will not oppose the motion." Local Rule 7-9. Nissan did neither.

On June 18, 2025, the Court gave Nissan another opportunity to oppose the motion or stipulate to remand, requiring Nissan to file a response by June 24, 2025. (Dkt. 18.) Again, that date passed and Nissan filed nothing.

A party's failure to oppose a motion "may be deemed consent to the granting … of the motion." Local Rule 7-12. Accordingly, the Court GRANTS Plaintiff's motion to remand (Dkt. 16) as unopposed and REMANDS this case to the Orange County Superior Court. The Clerk is directed to transfer the file.

Initials of Deputy Clerk jd